[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-14066

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

TEDDY DOYLE RIVERS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:24-cr-00110-CG-N-1

_____

2                    Opinion of the Court                    24-14066

Before ROSENBAUM, KIDD, and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Boyd*, 975 F.3d 1185, 1192 (11th Cir. 2020) (appeal waiver was made knowingly and voluntarily when the district court "clearly conveyed to the defendant that he was giving up his right to appeal under *most* circumstances" (quotation marks and brackets omitted)); *United States v. Johnson*, 541 F.3d 1064, 1068 (11th Cir. 2008) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error and only extreme circumstances will require that the defendant be permitted to appeal despite the existence of a valid appeal waiver).